UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Cristian Nunez,

                Plaintiff,

   v.

Wal-Mart Stores East, LP, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

22-CV-09201(LAK)(JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7-12-23

## ORDER

        Magistrate Judge Cott has informed the Court that the parties have reached a settlement. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before August 14, 2023, if the settlement has not been consummated by then.

        SO ORDERED.

Dated:      July 12, 2023

                                    Lewis A. Kaplan
                                    United States District Judge